# MANDATE

D. Conn. /NHCT
00-cr-227
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

2005 -3 P 2: 00

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 5th day of July, two thousand and five,

Present:
    Hon. John M. Walker, Jr.,
        *Chief Judge*,
    Hon. Dennis Jacobs,
    Hon. Pierre N. Leval,
        *Circuit Judges*.

FILED
JUL 5 2005

---

United States of America,

        Appellee,

v.

Charles DeJesus, Edward Estrada, Benito Rosario,
        Defendants-Appellants

Nos.  02-1546-cr (L)
      02-1576-cr (Con)
      03-1015-cr (Con)

---

    The Government moves with consent to remand the appeal of Edward Estrada to the district court to determine whether to resentence him. Because Estrada did not challenge the mandatory nature of the Sentencing Guidelines in the district court, in light of the Supreme Court's decision in *United States v. Booker*, 543 U.S.__, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

    Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b).

    A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by_____
    DEPUTY CLERK
SAO/JG

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Richard Alcantara*
Richard Alcantara, Deputy Clerk

ISSUED AS MANDATE: 7-27-05