## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | DOCKET NO. |
| | : | 00cr227 (SRU) |
| EDWARD ESTRADA | : | |
| | : | |
| | : | |
| | : | |

### **ORDER**

    I have determined that, had the Sentencing Guidelines been advisory, I would have imposed a non-trivially different sentence on Edward Estrada.  Accordingly, re-sentencing is scheduled for **October 14, 2005 at 2:00 p.m.**.  The parties shall submit any briefs in aid of re-sentencing on or before **September 19, 2005.**

    Entered at Bridgeport, Connecticut, this 22nd day of August, 2005.


                                                          /s/ Stefan R. Underhill
                                                            Stefan R. Underhill
                                                            United States District Judge