**ATTACHMENT A**

245D-NH-39053
DGD:dgd

1

   On March 17, 2005, SA David G. Dillon, New Haven Division, telephonically contacted U.S. Penitentiaries Lewisburg regarding inmate Eddie O. Mercado, inmate number 12502-014. SA Dillon spoke with Investigator John Moscarello, Special Investigation Service (SIS) USP Lewisburg, who provided the following information:

   Moscarello advised that Mercado is an extremely problematic inmate who has been disciplined numerous times for offenses that include: Possession of a Weapon by an Inmate; Use of Narcotics; Possession of Narcotics by an Inmate; Use of Intoxicants; Telephone Abuse; and other violations. Moscarello advised that since Connecticut FBI conducted the <u>US v Frankie Estrada</u>, Et Al investigation, many of the subjects in that matter have been sentenced to USP Lewisburg, and Mercado is extremely close with them. In particular, Mercado has partnered up with Edward Estrada and the two have been involved in narcotics smuggling into the institution. Moreover, Mercado has assumed the alias "PLO" which was the heroin brand he sold in Bridgeport, CT., along with Estrada and others.

   In April, 2003, SIS Lewisburg conducted an investigation into the heroin smuggling activities of Mercado and Estrada. SIS had information that Edward Estrada was having the heroin smuggled in via balloons, and he a Mercado were then selling the heroin to inmate in the facility. On April 8, 2003, Mercado was stripped search and found to have four folds of heroin taped to his genitals. Mercado fought with the BOP officers and attempted to swallow two of the heroin folds. Estrada was placed in a dry cell and ultimately defecated a balloon of heroin. The incident was not referred to outside authorities for prosecution due to the life sentence being served by Estrada and the lengthy sentence currently being served by Mercado. Both Estrada and Mercado received inmate discipline from the institution (see below).

   In February, 2004, SIS Lewisburg continued to investigate Mercado's involvement in narcotics smuggling into the institution. Through telephone monitoring the SIS unit determined that Mercado was utilizing the prison telephones to facilitate a narcotics transaction. Mercado was disciplined for Phone Abuse are received inmate disciplinary action (see below).

076dgd01.INS

245D-NH-39053

2

Below is a summary of the incidents involving inmate Mercado and the disciplinary action received:

1. 02/09/2004 - Phone Abuse (Described above)
   Disallow Good Conduct Time - 27 Days
   Disciplinary Segregation - 15 Days
   Loss of Commissary Privileges - 30 Days
   Loss of Telephone Privileges - 180 Days

2. 07/07/2003 - Possessing A Dangerous Weapon
   Disallow Good Conduct Time - 41 Days
   Disciplinary Segregation - 60 Days
   Loss of Commissary Privileges - 90 Days
   Loss of Telephone Privileges - 90 Days

3. 04/08/2003 - Possessing Drugs/Drug Items (Described Above)
   Disallow Good Conduct Time - 41 Days
   Disciplinary Segregation - 60 Days
   Loss of Commissary Privileges - 180 Days
   Loss of Telephone Privileges - 180 Days
   Loss of Visitation Privileges - 1 Year

4. 04/09/2003 - Possessing a Non-Hazardous Toll
   Disallow Good Conduct Time - 14 Days
   Disciplinary Segregation - 15 Days
   Loss of Commissary Privileges - 90 Days

5. 10/24/2002 - Possessing Intoxicants
   Disallow Good Conduct Time - 14 Days
   Disciplinary Segregation - 15 Days
   Loss of Commissary Privileges - 90 Days

6. 03/05/2002 - Possessing Unauthorized Item and Possessing Gambling Paraphernalia
   Disallow Good Conduct Time - 14 Days
   Disciplinary Segregation - 15 Days
   Loss of Commissary Privileges - 180 Days

7. 09/06/2000 - Possessing Unauthorized Item
   Disallow Good Conduct Time - 14 Days
   Disciplinary Segregation - 15 Days
   Loss of Commissary Privileges - 90 Days

8. 11/14/1999 - Violating Visiting Regulations

245D-NH-39053

3

       Loss of Visitation privileges - 90 Days

9.      05/18/1997 - Narcotics in an Institution - Raybrook
Disallow Good Conduct Time - 41 Days
Case also referred to federal authorities for prosecution. (See criminal history report)

       Attached to report is copy PD-15 (three pages), Inmate Discipline Data, for inmate Mercado.

```
DANVL                    *      ----
PAGE 001                 *      CHRONOLOGICAL DISCIPLINARY RECORD

REGISTER NO: 12502-014  NAME..: MERCADO, EDDIE O
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ M(
------------------------------------------------------------
REPORT NUMBER/STATUS.: 1188592 - SANCTIONED INCIDENT DA
DHO HEARING DATE/TIME: 02-09-2004 1330
FACL/CHAIRPERSON.....: LEW/BUNCH J
REPORT REMARKS.......: ADMITS ALLOWING ANOTHER INMATE T
    297  PHONE ABUSE, NON-CRIMINAL - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:010 LAW:P
         DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
         COMP:    LAW:
         LP COMM    / 30 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 180 DAYS / CS
         COMP:    LAW:
------------------------------------------------------------
REPORT NUMBER/STATUS.: 1120605 - SANCTIONED INCIDENT D/
DHO HEARING DATE/TIME: 07-09-2003 0910
FACL/CHAIRPERSON.....: LEW/BMORY D
REPORT REMARKS.......: DENIED
    104  POSSESSING A DANGEROUS WEAPON - FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:    LAW:
         LP COMM    / 90 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 90 DAYS / CS
         COMP:    LAW:
         TRANSFER   / CS
         COMP:    LAW:
------------------------------------------------------------
REPORT NUMBER/STATUS.: 1092900 - SANCTIONED INCIDENT D
DHO HEARING DATE/TIME: 04-22-2003 1335
FACL/CHAIRPERSON.....: LEW/BMORY D
REPORT REMARKS.......: ADMITS POSSESSION OF HEROIN
    113  POSSESSING DRUGS/DRUG ITEMS - FREQ: 1
         DIS GCT    / 41 DAYS / CS
         COMP:010 LAW:P
         DS         / 60 DAYS / CS
         COMP:    LAW:
         LP COMM    / 180 DAYS / CS
         COMP:    LAW:
         LP PHONE   / 180 DAYS / CS
         COMP:    LAW:
         LP VISIT   / 1 YEARS / CS
         COMP:    LAW:


G0002       MORE PAGES TO FOLLOW . . .
```

## CERTIFICATE OF SERVICE

    This is to certify that on October 12, 2005, a copy of the foregoing was mailed, postage prepaid, to the defendant's attorney of record:

Margaret P. Levy
21 Oak Street
Hartford, CT 06106

Raymond Lopez
Senior U.S. Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT 06604

*Alex Hernandez*