UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.: 3:00CR227(SRU) |
| | : | |
| EDWARD ESTRADA, *et al.* | : | October 13, 2005 |

**GOVERNMENT'S SUBMISSION OF INFORMATION
RELEVANT TO *CROSBY* REMAND**

On October 12, 2005, the United States submitted a memorandum of law regarding a hearing pursuant to *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005) which is scheduled for October 14, to determine if the district court would have imposed a non trivially different sentence if the Guidelines had been purely advisory.

As set forth in the government's memorandum, the government is opposed to the imposition of a non Guidelines sentence. In the event the district court determines to re-sentence the defendant, the government submits the attached reports from the Bureau of Prisons in support of the government's argument that it would be unreasonable under the circumstances to reward the defendant with a lesser sentence in light of his continuing criminal activity.

Reports detailing the defendant's possession of narcotics while in prison are appended hereto.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


ALEX V. HERNANDEZ
SUPERVISORY ASSISTANT U.S. ATTORNEY
FEDERAL BAR NO. CT08345
915 LAFAYETTE BLVD. ROOM 309
BRIDGEPORT, CT 06604
(203) 696-3000
Fed. Bar Number: CT08345


ALINA P. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY

## CERTIFICATE OF SERVICE

      This is to certify that on October 13, 2005, a copy of the foregoing was faxed and mailed, postage prepaid, to the defendant's attorney of record:

Margaret P. Levy
21 Oak Street
Hartford, CT 06106

Raymond Lopez
Senior U.S. Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT 06604

                                              Alex Hernandez