ATTACHMENT



United States Government
# MEMORANDUM
**United States Penitentiary**
**Lewisburg, Pennsylvania**

DATE: April 24, 2003

REPLY TO
ATTN. OF: Matthew Edinger, Intelligence Officer   *M. Eding*

SUBJECT: Shakedown of inmates Cranfill #20282-077 and Estrada #60392-053

TO: S.I.A. Hoekman

    On the above date, at approximately 12:45pm, Officer Moscarello and myself were walking on the third floor range of H-Block, when inmate Cranfill, Darrell #20282-077 started to walk out of cell 308 on H-block. When inmate Cranfill saw Officer Moscarello and myself, he immediately ran back into the cell. Upon entering cell 308 on H-Block, this officer noticed inmates Estrada, Edward #60392-053 and Cranfill both acting very suspiciously. Inmate Cranfill was given a visual search and during the visual search, a syringe was found in the left back pocket of his pants. also, at this time this officer noticed one paper containing a white substance laying on the desk, in cell 308. Upon the conclusion of inmate Cranfill's visual search, this officer noticed inmate Estrada, Edward #60392-053 place a small object in his mouth and swallow. Inmate Estrada was given a visual search with negative results. Both inmates were shaking uncontrollably and very nervous. Cells 308 and 303 were both secured. Officer Moscarello and myself escorted both inmates to the Lieutenant's Office, where inmate Cranfill was given an urinalysis and inmate Estrada was placed on drycell status. At approximately 1:15pm, Officer Dreese and myself went back to cell 308 on H-block to conduct a shakedown, which produced an additional 3 packets of an unknown substance. The 3 packets were found inside a white baseball cap laying on the top bunk in the cell. A thorough search of the cell produced numerous items used in the concealment and packaging of narcotics. It should be known that inmate Cranfill had recent needle tracks on his left arm. This officer conducted a test of the white substance in these packets with the Becton-Dickinson test Kit K. The substance tested positive for Heroin.



United States Government

# MEMORANDUM

United States Penitentiary
Lewisburg, Pennsylvania

DATE: 4-26-03

REPLY TO
ATTN OF: Lt. M. Lamay

SUBJECT: Estrada # 60392-053

TO: Captain Clay

On the above date I was call to the Dry Cell area in the basement of the Lieutenant's Office by Officer Hamilton because inmate Estrada 60392-053 had to use the bathroom.

Inmate Estrada was given the portable toilet after it had been searched in which he defecated. A search was done of the feces in which a small balloon ( white in color ) was retrieved. Inmate Estrada stated " That's all I have". A Urine test was completed at this time.

10/13/2005 10:50 FAX 5705227629    USP LEWISBURG HRM    ☐ 004

UNITED STATES GOVERNMENT
# memorandum

DATE: 4-26-03
REPLY TO ATTN OF: R Hamilton
R Hamilton S.O.

SUBJECT: DRY CELL INMATE ESTRADA 60392-053

TO: SIA HOKEMAN

On 4 26 03 while performing duties as the dry cell officer, inmate Estrada 60392-053 informed myself he needed to deficate. Upon inspection of the aquired feces, I found what appeared to be a baloon. Lt. M. Lamay was present.

OPTIONAL FORM NO. 10
(REV. 1-80)
GSA FPMR (41 CFR) 101-11.6
5010-114



# UNITED STATES GOVERNMENT

## MEMORANDUM

United States Penitentiary, Lewisburg, PA.

Date: 4/24/03

Reply To:
Attn Of: L. Mongarella, Intell. Ofc.

Subject: Inmate Cranfill #20282-077 and Inmate Estrada #60392-053

To: P. Bickman, SIA

On 4/24/03, at approximately 3:15pm, myself and Officer Edinger were approaching cell #308. I observed Inmate Cranfill #20282-077, when the cell door, and immediately step back inside, when he observed us on the range. Once inside the cell, we found Inmates Cranfill and Estrada #60392-053, acting in a suspicious manner. Officer Edinger conducted a visual search of Inmate Cranfill and during the search, he found a home made syringe in Inmate Cranfill's left back pocket. While Officer Edinger was conducting the visual search of Inmate Cranfill, I held Inmate Estrada outside cell #308 until the search of Inmate Cranfill was completed. As Inmate Estrada was entering cell #308, I observed his hand go across his mouth. Officer Edinger then ordered Inmate Estrada to spit out what ever he had placed in his mouth. Inmate Estrada claimed there was nothing there. Inmate Estrada's visual search was completed and both inmates were escorted to the Lieutenants Office. Inmate Cranfill supplied a urinalysis and was escorted back to his housing unit and Inmate Estrada was placed on Dry Cell Status.

Department of Justice | Incident Report | # 1101154
Federal Bureau of Prisons

| NAME OF INSTITUTION | | |
|---|---|---|
| Lewisburg, PA | | Page 1 of 1 |

**PART I - INCIDENT REPORT**

| NAME OF INMATE | 3. REGISTER NUMBER | 4. DATE OF INCIDENT | Approx: |
|---|---|---|---|
| Estrada, Edward | 60392-053 | 4/26/2003 | 9:00am |

| PLACE OF INCIDENT | 7. ASSIGNMENT | 8. UNIT |
|---|---|---|
| S.I.S. Dry Cell | Unassg. | Unit 1 |

| INCIDENT | 10. CODE |
|---|---|
| Possession of Narcotics | 113 |

11. DESCRIPTION OF INCIDENT (Date: 4/26/03 Time: 9:45am Staff became aware of incident)

On April 26, 2003, at 9:00am, Inmate Estrada, Edward, Reg#60392-053, who had previously been placed on Dry Cell status, provided a bowel movement. During an inspection of the feces from his bowel movement, one cellophane object was discovered inside of the feces. Closer inspection of the cellophane object revealed a tan color powdery substance inside. Using the Narcotics Identification System (N.I.K.), the powder substance tested positive for Heroin.

| 12. SIGNATURE OF REPORTING EMPLOYEE | DATE AND TIME | 13. NAME AND TITLE (Printed) |
|---|---|---|
| R.K. Hoek [signature] | 4/26/2003 10:00am | R. K. Hoekman, S.I.A. |

| 14. INCIDENT REPORT DELIVERED TO ABOVE INMATE BY | 15. DATE INCIDENT REPORT DELIVERED | 16. TIME INCIDENT REPORT DELIVERED |
|---|---|---|
| | | |

**PART II - COMMITTEE ACTION**

17. COMMENTS OF INMATE TO COMMITTEE REGARDING ABOVE INCIDENT

18. A. IT IS THE FINDING OF THE COMMITTEE THAT YOU:
____ COMMITTED THE FOLLOWING PROHIBITED ACT.

____ DID NOT COMMIT A PROHIBITED ACT

B. ____ THE COMMITTEE IS REFERRING THE CHARGE(S) TO THE DHO FOR FURTHER HEARING.
C. ____ THE COMMITTEE ADVISED THE INMATE OF ITS FINDINGS AND OF THE RIGHT TO FILE AN APPEAL WITHIN 15 CALENDER DAYS

19. COMMITTEE DECISION IS BASED ON THE FOLLOWING INFORMATION

20. COMMITTEE ACTION AND/OR RECOMMENDATION IF REFERRED TO DHO (CONTINGENT UPON DHO FINDING INMATE COMMITTED PROHIBITED ACT)

21. DATE AND TIME OF ACTION _____ (THE UDC CHAIRMAN'S SIGNATURE NEXT TO HIS NAME CERTIFIES WHO SAT ON THE UDC AND THAT THE COMPLETED REPORT ACCURATELY REFLECTS THE UDC PROCEEDINGS.)

[signature] 5/06/03

Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name)

Record - Central File Record   Blue - To Inmate after UDC Action

BP-288(52)

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2005, a copy of the foregoing was faxed and mailed, postage prepaid, to the defendant's attorney of record:

Margaret P. Levy
21 Oak Street
Hartford, CT 06106

Raymond Lopez
Senior U.S. Probation Officer
United States Probation Office
915 Lafayette Boulevard
Bridgeport, CT 06604

*Alex Hernandez*