UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2005 OCT 14  P 12: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:00CR227(SRU) |
| VS. | : | |
| EDWARD ESTRADA | : | OCTOBER 14, 2005 |

### MOTION TO PRECLUDE SENTENCING MEMORANDUM AND SUBMISSION OF INFORMATION

Pursuant to Rule 45 of the Federal Rules of Criminal Procedure, and the Fifth, Sixth, and Eighth Amendments to the the United States Constitution, the Defendant, EDWARD ESTRADA, by and through his undersigned counsel, moves the Court to preclude the Government's Memorandum in Aid of Sentencing dated October 12, 2005, and the Government's Submission of Information Relevant to Crosby Remand, dated October 13, 2005, and the contents contained therein, from being used in any manner in the hearing scheduled to be held for the Defendant's re-sentencing scheduled for October 14, 2005, and at any later date to which the re-sentencing hearing may be rescheduled.

1

DEFENDANT, EDWARD ESTRADA


By *Margaret P. Levy*
MARGARET P. LEVY
His Attorney
21 Oak Street
Hartford, CT 06106
(860) 525-9119
Fed. Bar No. ct00045

C E R T I F I C A T I O N

THIS IS TO CERTIFY that the foregoing was mailed, postage prepaid, or hand-delivered, this day to:

Hon. Stephan R. Underhill
915 Lafayette Boulevard
Bridgeport, CT  06604

Alex V. Hernandez
Alina Marquez
Assistant United States Attorneys
915 Lafayette Boulevard
Bridgeport, CT  06604

Edward Estrada
Reg. No. 60392-053
Wyatt Detention Center
950 High Street
Central Falls, RI  02863

*Margaret P. Levy*
MARGARET P. LEVY