**MANDATE**

D. Conn.
00-cr-227
Underhill, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 5th day of July, two thousand and five,

Present:
        Hon. John M. Walker, Jr.,
            *Chief Judge,*
        Hon. Dennis Jacobs,
        Hon. Pierre N. Leval,
            *Circuit Judges.*

---

United States of America,

        Appellee,

v.                                                                                Nos.  02-1546-cr (L)
                                                                                           02-1576-cr (Con)
Charles DeJesus, Edward Estrada, Benito Rosario,                 03-1015-cr (Con)
        Defendants-Appellants

---

      The Government moves with consent to remand the appeal of Edward Estrada to the district court to determine whether to resentence him. Because Estrada did not challenge the mandatory nature of the Sentencing Guidelines in the district court, in light of the Supreme Court's decision in *United States v. Booker*, 543 U.S. __, 125 S. Ct. 738 (2005), and this Court's decision in *United States v. Crosby*, 397 F.3d 103 (2d Cir. 2005), the motion is granted and this case is remanded to the district court for further proceedings in conformity with *Crosby*.

      Any appeal taken from the district court's decision on remand can be initiated only by filing a new notice of appeal. *See* Fed. R. App. P. 3, 4 (b).

      A party will not waive or forfeit any appropriate argument on remand or on any appeal post-remand by not filing a petition for rehearing of this remand order.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
    DEPUTY CLERK

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _____
Richard Alcantara, Deputy Clerk

ISSUED AS MANDATE: 7-27-05

**ATTACHMENT #1**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | DOCKET NO. |
| : | 00cr227 (SRU) |
| EDWARD ESTRADA : | |

**ORDER**

I have determined that, had the Sentencing Guidelines been advisory, I would have imposed a non-trivially different sentence on Edward Estrada. Accordingly, re-sentencing is scheduled for **October 14, 2005 at 2:00 p.m.**. The parties shall submit any briefs in aid of re-sentencing on or before **September 19, 2005.**

Entered at Bridgeport, Connecticut, this 22nd day of August, 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge

ATTACHMENT #2