*Margaret P. Levy*

ATTORNEY AT LAW
21 OAK STREET - SUITE 201
HARTFORD, CT 06106-8001

FILED

TEL (860) 525-9119
FAX (860) 244-2524

2005 NOV -1  A 10: 00

U.S. DISTRICT COURT
BRIDGEPORT, CONN

October 26, 2005

Hon. Stephan R. Underhill
915 Lafayette Boulevard
Bridgeport, CT 06604

RE: <u>USA v. EDWARD ESTRADA – CROSBY REMAND</u>

Dear Judge Underhill:

Please consider this letter as my response to your request regarding calendaring the continuation of Mr. Estrada's re-sentencing hearing. I am not yet in a position to determine when Mr. Estrada will be ready to be re-sentenced pursuant to the <u>Crosby</u> remand. I have contacted attorneys in Pennsylvania and investigators in Connecticut regarding investigation of the alleged incidents at Lewisberg Penitentiary which the government alleges are relevant to the re-sentencing. I am awaiting additional information before making a decision about hiring an appropriate investigator.

As I previously explained, I represent a client in a death penalty case, <u>State of Connecticut vs. Anthony Coward</u>, Docket No. CR02-126395 in the Judicial District of Hartford. It has been assigned to Judge Joseph Koletsky and is scheduled to begin jury selection November 29, 2005. We anticipate the trial will last until the end of March, 2006.

Rather than propose a re-sentencing date at this time, I suggest that I contact your office on or before December 31, 2005, to advise you of my progress and availability.

Sincerely,

*Margaret P. Levy*
Margaret P. Levy

Cc: AUSA Alina Reynolds
    AUSA Alex V. Hernandez
    Edward Estrada

—1—