*Margaret P. Levy*

ATTORNEY AT LAW
21 OAK STREET, SUITE 201
HARTFORD, CT 06106-8001

TEL (860) 525-9119
FAX (860) 244-2524

2005 DEC 20  A 8: 30

U.S. DISTRICT COURT
BRIDGEPORT CONN

December 17, 2005

Hon. Stephan R. Underhill
915 Lafayette Boulevard
Bridgeport, CT  06604

RE:   USA v. EDWARD ESTRADA – CROSBY REMAND

Dear Judge Underhill:

This letter is to advise you of my progress and availability for the continuation of the Crosby remand hearing for Edward Estrada. Jury selection is nearly complete in my state court death penalty case, State of Connecticut vs. Anthony Coward, Docket No. CR02-126395 before Judge Joseph Q. Koletsky in the Judicial District of Hartford. If the case concludes with a "not guilty" finding on the capital felony charge, we anticipate the trial will last until mid-February, 2006. If there is a finding of "guilty" necessitating a "penalty phase," we expect it will conclude sometime in March, 2006.

In connection with the incidents at Lewisberg Penitentiary which the government alleges are relevant to Edward Estrada's re-sentencing, I have retained investigators who have interviewed a number of witnesses. Unfortunately, one of the most important witnesses will not be available to be interviewed until approximately March 1, 2006.

Tentatively, it appears that we will be ready for a continued Crosby remand hearing during the first two weeks of April, 2006. I will be out of the country on vacation from April 17-30, 2006. Any date after that is also agreeable. I have been in contact with my client by telephone and by mail and believe this schedule is acceptable to him, considering the various factors involved.

Sincerely,

*Margaret P. Levy*
Margaret P. Levy

Cc: AUSA Alina Reynolds
    AUSA Alex V. Hernandez
    Edward Estrada

–1–