## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA       :
      :
      :
    v.                      :         DOCKET NO.
                            :         00cr227 (SRU)
EDWARD ESTRADA             :
      :
      :
      :

## ORDER

I have determined that, had the Sentencing Guidelines been advisory, I would have imposed a non-trivially different sentence on Edward Estrada. Accordingly, re-sentencing is scheduled for **October 14, 2005 at 2:00 p.m..** The parties shall submit any briefs in aid of re-sentencing on or before **September 19, 2005.**

Entered at Bridgeport, Connecticut, this 22nd day of August, 2005.


                                  /s/ Stefan R. Underhill
                                    Stefan R. Underhill
                                    United States District Judge

ATTACHMENT A

WYATT DETENTION FACILITY
CENTRAL FALLS, RHODE ISLAND

PAGE 1 OF 2

STATEMENT OF EDWIN MERCADO

I, EDWIN MERCADO, DOB 09/18/1967, OF WYATT DETENTION FACILITY, CENTRAL FALLS, RI, MAKE THE FOLLOWING VOLUNTARY STATEMENT.

I HAVE KNOWN EDWARD ESTRADA SINCE THE LATE 1980s FROM BRIDGEPORT, CT. SINCE THAT TIME I HAVE KNOWN EDWARD ESTRADA TO BE A HEAVY HEROIN USER. DURING THE TIME IN BRIDGEPORT, EDWARD ESTRADA WAS NOT A HEROIN DEALER BECAUSE HE HAD SUCH A HEAVY HEROIN ADDICTION. BECAUSE OF THIS ADDICTION, HE COULD NOT BE GIVEN LARGE AMOUNTS OF HEROIN BECAUSE HE WOULD USE IT FOR HIMSELF.

IN 1997 I WAS SENTENCED TO SERVE TIME IN THE UNITED STATES PENITENTIARY IN LEWISBURG, PENNSYLVANIA. IN 2002, EDWARD ESTRADA WAS ASSIGNED TO THE LEWISBURG PENITENTIARY. FOR MORE THAN TWO (2) YEARS, I LIVED WITH EDWARD ESTRADA IN THE SAME PRISON CELL. BOTH MYSELF AND EDWARD ESTRADA WERE HEROIN USERS DURING THESE TWO (2) YEARS AT LEWISBURG PENITENTIARY. EDWARD ESTRADA AND I WOULD PURCHASE HEROIN FROM VARIOUS INMATES FOR OUR OWN PERSONAL USE. THE AMOUNTS OF HEROIN WE WOULD PURCHASE WERE ALWAYS SMALL AMOUNTS FOR PERSONAL USE, THUS TOO SMALL TO BE RE-DISTRIBUTED TO ANYONE. AT NO

SIGNED: _____    NOTARY: _____

DATE: 4·6·06

TIME: 2:35 PM    ATTACHMENT B

Page 2 of 2

TIME WHILE AT LEWISBURG PENITENTIARY WAS EDWARD
ESTRADA INVOLVED IN A DRUG SMUGGLING CONSPIRACY
OR ANY DRUG SMUGGLING RING.

At RANDOM TIMES WHILE AT LEWISBURG PENITENTIARY, RANDOM
INMATES WOULD ACQUIRE HEROIN. AT THAT TIME, IF POSSIBLE,
EDWARD ESTRADA AND I WOULD ATTEMPT TO PURCHASE
A SMALL AMOUNT OF HEROIN FOR OUR OWN PERSONAL USE.
THE AVAILABILITY OF THE THE HEROIN WAS ON A FIRST-COME,
FIRST-SERVE BASIS, AND IF THE HEROIN WAS NO LONGER
AVAILABLE, EDWARD ESTRADA AND I WOULD HAVE TO WAIT
UNTIL HEROIN WOULD AGAIN BECOME AVAILABLE.

I HAVE READ THE ABOVE STATEMENT. IT IS TRUE AND
ACCURATE. I HAVE GIVEN THIS STATEMENT OF MY OWN FREE
WILL, WITHOUT FEAR, THREAT OR PROMISE OF REWARD. I
HAVE ALSO BEEN GIVEN A COPY OF THIS STATEMENT.

SIGNED: _____    NOTARY: _____

DATE: 4·6·06

TIME: 2:36 PM.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS 6TH DAY OF APRIL, 2006.

# TATON LEARNING INSTITUTE
## Fellowship Health Resources, Inc.

Educational and Consultation Services for Nonprofit Organizations

25 Blackstone Valley Place
Suite 204
Lincoln, RI 02865-1163
Telephone 401/333-3980
Fax 401/333-3984
Web: http://www.fellowshiphr.org

*Solutions for*
*workforce development*

BOARD OF DIRECTORS

*Chairperson*
Robert M. Samuels, Ph.D
Associate Dean / Office of Student Life
Brown University

*President*
Joseph F. Dziobek, CEO
Fellowship Health Resources, Inc.

*Secretary*
Edward Allard
CVS, Incorporated
Providence, RI

Joyce Benjamin
Providence, RI

M. Hope Blase
Arlington, VA

Neal Brown
Rockville, MD

April Chase-Lubitz
East Greenwich, RI

Honorable Richard Gonnella
R.I. District Court

Michael V. Milito
Corporation Counsel
R.I. Housing and Mortgage Finance Corp.

Jayashree Nimmagadda, Ph.D
Assistant Professor, School of Social Work
R.I. College

Jennifer Perloff
Brandeis University
Waltham, MA

Lucille Principale
Providence, RI

John Sheehan
Eastern Maine Development Corp.

Judi Taton, VP
Bank of America

Karen Trudeau-Bouchie, SPHR
Thundermist Health Center
Woonsocket, RI

REGIONAL LOCATIONS:
• Delaware
• Maine
• Massachusetts
• Pennsylvania
• Rhode Island
• Virginia

April 25, 2006

Margaret P. Levy
Attorney At Law
21 Oak Street
Hartford, Connecticut 06106

Dear Ms. Levy:

I respectfully submit this letter at the request of Mr. Edward Estrada, who is presently detained at the Donald W. Wyatt Detention Facility in Central Falls, Rhode Island. As the Director of the David L. Taton Learning Institute, the corporate consultative and workforce development division of Fellowship Health Resources, Inc., a large, multi-state, not-for-profit behavioral healthcare organization, currently offering psycho-educational groups within the Wyatt facility, I have been asked to attest to Mr. Estrada's participation in such groups.

As the primary facilitator for the psycho-educational groups at the Wyatt Detention Facility, I am able to offer my professional opinion regarding Mr. Estrada's attendance and level of participation within the two groups, which have been offered thus far since January 2006. These two groups - specifically, Anger Management and Interpersonal Communication - were facilitated on a weekly basis, with Anger Management operating from January 31, 2006 – March 31, 2006, and Interpersonal Communication operating from April 4, 2006 to the date of this letter. Participation in these groups is voluntary.

Mr. Estrada has had perfect attendance in both groups, earning a certificate of completion for the eight-week Anger Management course, and is expected to achieve his Interpersonal Communication Skills certificate on May 9, 2006. Mr. Estrada has completed all readings related to the coursework and actively participates in group discussions and assignments during class. I consider him as a meaningful contributor to the classroom experience. While a man of few words, he is often helpful to other detainees by sharing particularly pointed and thoughtful insights that reflect a high level of self-evaluative skill, and that are always relevant to the topic of discussion. He also has been receptive to class feedback regarding his perceptions, and possible strengths and vulnerabilities related to anger control and interpersonal skill management.

I hope that this information provides some helpful information regarding his level of participation in the psycho-educational programming within the facility.

Sincerely,

Elizabeth Folcarelli, MS
Director ~ David L. Taton Learning Institute
401.333.3980
efolcarelli@fellowshiphr.org

ATTACHMENT C



*Accredited by*

*for*
*Assertive Community Treatment,*
*Community Housing,*
*and Residential Treatment*





Cornell Companies, Inc.
People Changing People

March 24, 2006

Margaret P. Levy
Attorney At Law
21 Oak Street, Suite 201
Hartford, Connecticut  06106

> RE:  Edward Estrada
>       AKA : Aquiles Rodriguez
>       ID # 60392-053

Dear Attorney Levy:

I am writing on behalf of your client Edward Estrada, as he is coming before the judge for sentencing.   He was received at the Donald W. Wyatt Detention Facility on April 6, 2005.  He is being held by the United States Marshal Service, Connecticut District, for drug distribution charges.

Since being committed to the Wyatt Detention Facility, he has made great progress by maintaining a positive attitude and remaining infraction free. He has completed several Educational Programs offered by the facility and regularly attends Religious Services.  He is also employed by the facility "Project Aware Program" where he speaks to the young people brought in from surrounding communities, to make them aware of what goes on in the streets, the trouble that will follow, and what takes place within the walls once they get inside.  Estrada helps with interpreting during the Spanish Anger Management classes offered by the Taton Learning Institute.  He has also completed several Life Skills Programs offered.  Estrada also works within the pod where he is housed helping with food trays and cleaning responsibilities.  He continues to stay involved and motivated moving in a positive direction.

Please feel free to contact me, if you need further information about this detainee at (401) 729-1190 extension 177.

Thank you,

Ms. June Carlton
Case Manager

ATTACHMENT D

# Certificate of Completion

## Awarded to

Edward Estrada

For participation in Substance Abuse Awareness and Anger Management educational groups at the Wyatt Detention Facility.

March 10, 2006 .

Date

Maria Garrido, Psy.D.
University of Rhode Island

Jean Singleton
Programs Director
Wyatt Detention Facility
Central Falls, Rhode Island

ATTACHMENT F

## TATON LEARNING INSTITUTE

Fellowship Health Resources, Inc.

Educational and Consultation Services for Nonprofit Organizations

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## MR. EDWARD ESTRADA

IN RECOGNITION OF THE COMPLETION OF

## ANGER MANAGEMENT

*January 31, 2006 through March 21, 2006*

*8 Sessions*

*Donald W. Wyatt Detention Facility*

Elizabeth Iolanchi, MS

SIGNATURE

3/21/06

DATE

25 Blackstone Valley Place, Suite 204, Lincoln, RI 02865 401-642-4440 tli@fellowshiphr.org

ATTACHMENT G