UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:00CR227(SRU) |
| VS. | : | |
| EDWARD ESTRADA | : | MAY 9, 2006 |

### MOTION FOR ENLARGEMENT OF TIME FOR RE-SENTENCING

Pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure, Defendant EDWARD ESTRADA, by and through his undersigned counsel, hereby requests an enlargement of time for sentencing until the third week in June, 2006. He represents in support of said motion:

1) On September 9, 2002, the Defendant was sentenced to a term of life without release.

2) On or about April 11, 2003, he filed his appealed with the Second Circuit.

3) The case was remanded by the Second Circuit in accordance with United States v. Crosby.

4) On August 22, 2005, the trial court determined that, had the Sentencing Guidelines been advisory, it "would have imposed a non-trivially different sentence on Edward Estrada."

5) On October 14, 2005, his re-sentencing hearing was begun before the Honorable Stefan R. Underhill.

1

6) The re-sentencing hearing is scheduled to resume May 12, 2006.

7) On May 9, 2006, Assistant United States Attorney Alina Reynolds telephoned undersigned counsel; AUSA Reynolds said she would not be able to go forward on May 12 because she is currently on trial in a multi-defendant case.

8) AUSA Reynolds requested that undersigned counsel file a motion for enlargement of time until mid-June, when the government will be ready to proceed with the re-sentencing hearing.

9) Counsel has since spoken with the Defendant by telephone; he is in agreement with the filing of the motion for enlargement of time.

WHEREFORE, the Defendant respectfully requests that his sentencing be continued until the third week in June, 2006.

DEFENDANT, EDWARD ESTRADA

BY *Margaret P. Levy*
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
21 Oak Street
Hartford, CT 06106-8001
(860) 525-9119

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

Hon. Stefan R. Underhill
United States District Court
915 Lafayette Boulevard
Bridgeport, CT  06604

Alina Reynolds
Assistant United States Attorney
915 Lafayette Boulevard
Bridgeport, CT  06604

Edward Estrada
Reg. No. 60392-053
FDC-Wyatt
950 High Street
Central Falls, RI 02863

*Margaret P. Levy*
MARGARET P. LEVY