# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

District of <u>CONNECTICUT</u>

UNITED STATES OF AMERICA
vs.
EDWARD ESTRADA

Docket Number <u>3:00CR227(SRU)</u>

<u>STEPHAN R. UNDERHILL</u>
(District Court Judge)

Notice is hereby given that <u>EDWARD ESTRADA</u> appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [ X ]; order [ ]; other [ ]; _____
(specify)

entered in this action on <u>June 26, 2006</u>.
(date)

Offense occurred after November 1, 1987    Yes [ X ]    No [ ]

The appeal concerns:    conviction only [ ];    sentence only [ ];    conviction and sentence [ X ].

Date: July 3, 2006

TO: AUSA Alina Reynolds
AUSA Alex V. Hernandez
915 Lafayette Boulevard
Bridgeport, CT 06604

<u>MARGARET P. LEVY</u>
(Counsel for Appellant)

Address <u>21 Oak Street, Suite 201</u>
<u>Hartford, CT 06106</u>

Telephone Number (860) 525-9119

ADD ADDITIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION — FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [X] I am ordering a transcript<br>[X] I am not ordering a transcript OF TRIAL<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[X] Other. Attach explanation | Prepare transcript of<br>[ ] Pre-trial proceedings<br>[ ] Trial<br>[X] Sentence<br>[ ] Post-trial proceedings | Dates<br><br><br>6/26/06 |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b))    ▶ Method of payment [ ] Funds  [X] CJA Form 24

ATTORNEY'S signature: *Margaret P. Levy*    DATE: July 3, 2006

▶ COURT REPORTER ACKNOWLEDGEMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL