MEMORANDUM

TO:     U.S. Probation Office

FROM:   Alice Montz

DATE:   July 12, 2006

RE:     3:00cr227 (SRU)

        Presentence Report returned to U.S. Probation Office as
        to EDWARD ESTRADA

****************************************************************

Ten days have passed since the defendant was sentenced.  An appeal has been filed. We are returning the original Presentence Report to you.

Please acknowledge receipt on the attached copy of this memorandum and return it to the Clerk's Office.


Enclosure:      ORIGINAL PRESENTENCE REPORT

Received by:    _____

Date:           _____