**Local Criminal Notice of Appeal Form**.

## NOTICE OF APPEAL
## United States District Court
## District of Connecticut

UNITED STATES OF AMERICA

v.                                        Docket No. 3:00CR227(SRU)

EDWARD ESTRADA                            Honorable Stefan R. Underhill
                                          (District Court Judge)

Notice is hereby given that <u>the United States of America</u> appeals to the United States Court of Appeals for the Second Circuit

from the judgment [ ✖ ], other [ ] _____
                                                (Specify)

entered in this action on  June 26, 2006
                              (Date)

Offense occurred after November 1, 1987.    Yes  ✖      No __

This appeal concerns:  Conviction only _____    Sentence only  ✖    No ____

Date   August 2, 2006                     ALINA P. REYNOLDS -ASSISTANT US ATTORNEY
                                                  (Counsel for Appellant)
TO:    MARGARET LEVY, ESQ.          Address   UNITED STATES ATTORNEY'S OFFICE
       21 OAK STREET                           915 LAFAYETTE BLVD.  ROOM 309
       SUITE 201                               BRIDGEPORT, CONNECTICUT   06604
       HARTFORD, CONNECTICUT   06106   Telephone   (203) 696-3000
                                          **ADD ADDITIONAL PAGE  (IF NECESSARY)**

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ➤ QUESTIONNAIRE | ➤TRANSCRIPT ORDER - Form B ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ ✖ ] I am ordering a transcript<br>[ _ ] I am not ordering a transcript<br>  Reason<br>  [___] Daily copy is available<br>  [___] U. S. Attorney has placed order<br>  [___] Other: Attached explanation | Prepare transcript of                    Dates<br>[___] Prepare proceedings _____<br>[___] Trial _____<br>[___] Sentencing _____<br>[___] Post-trial proceedings _____ |
| The attorney certified that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.  (FRAP10(b)). | |
| Method of payment [        ]    Funds [        ]  | CJA Form 24 [        ] |
| ATTORNEY'S SIGNATURE | DATE<br>**AUGUST 2, 2006** |
| ➤COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals |
| Date order received | Estimated complete date     Estimated number of pages<br>Date                                 Signature |
| | ( Court Reporter) |

**DISTRIBUTE COPIES TO THE FOLLOWING:**

1. Original to U. S. District Court           4. U. S. Court of Appeals
2. Copy to U. S. Attorney's Office            5. Court Reporter (District Court)
3. Copy to Defendant's Attorney

                                                           USCA-2
                                                           FORM A. Rev. 10-02