UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

UNITED STATES OF AMERICA        :       CR. NO. 3:00CR227(SRU)

VS.                             :

EDWARD ESTRADA                  :       AUGUST 4, 2006

INDEX TO RECORD ON APPEAL

| VOLUME I | DOCUMENT NO. |
|---|---|
| Certified copy of Docket Sheet | A |

VOLUME II

| | |
|---|---|
| SUPERSEDING INDICTMENT, filed 11/20/00, (Doc. #21) | 1 |
| SECOND SUPERSEDING INDICTMENT, filed 12/19/00, (Doc. #131) | 2 |
| MARSHAL'S RETURN of service on Search Warrant executed as to Edward Estrada on 4/11/01, filed 4/24/01, (Doc. #442) | 3 |
| ARREST of Edward Estrada in Eastern District of NY (VJJ), filed 6/08/01, (Doc. --) | -- |
| RULE 40 Documents as to Edward Estrada received from Eastern District of NY (vjj), filed 6/18/01, (Doc. 471) | 4 |
| THIRD SUPERSEDING INDICTMENT, filed 6/20/01, (Doc. #473) | 5 |

1

|  | DOCUMENT NO. |
|---|---|
| MOTION by USA as to Edward Estrada for Pretrial Detention (job), filed 6/25/01, (Doc. #488) | 6 |
| CJA 20 as to Edward Estrada, Appointment of Attorney Margaret P. Levy, filed 6/27/01, (Doc. #492) | 7 |
| ORDER OF DETENTION [488-1] motion for Pretrial Detention as to Edward Estrada (2) (Signed by Mag. Judge William I. Garfinkle) (job), filed 6/25/01, (Doc. #489) | 8 |
| MOTION by Edward Estrada to Sever, filed 7/16/01, (Doc. #557) | 9 |
| RESPONSE by USA as to...Edward Estrada...[565-1] motion for separated trial of count 12 of the third superseding indictment, [560-1] motion to sever, [557-1]motion to Sever, [550-1] motion to Sever, [550-1] motion to Sever, [524-1 motion to renew Motion to sever and for trial separate from co-defendants, [523-1] motion to Sever and memorandum in support thereof, [341-1] motion to Sever and for trial separate from co-defendants, [292-1] motion [206-1] motion to Sever his case from that of his co-defendants, filed 7/23/01, (Doc. #604) | 10 |
| RULING on Motions to Sever...Edward Estrada... filed 7/25/01, (Doc. #592) | 11 |
| MOTION by Edward Estrada for Bill of Particulars, filed 7/30/01, (Doc. #591) | 12 |
| MOTION by Edward Estrada to adopt motions of co-defendants, filed 7/30/01, (Doc. #602) (See ATTACHMENT A, Criminal Docket, pp. 22-23) | 13 |

|  | DOCUMENT NO. |
|---|---|
| PROPOSED Voir Dire Questions by Edward Estrada, filed 8/31/01, (Doc. #668) | 14 |
| PROPOSED Jury Instructions by Edward Estrada, filed 9/06/01, (Doc. #662) | 15 |
| MOTION by Edward Estrada for to Adopt Proposed Jury Charge, filed 9/06/01, (Doc. #663) | 16 |
| Jury selection as to Edward Estrada, filed 9/06/01, (Doc. #686) | 17 |
| INFORMATION to Establish Prior Convictions as to Edward Estrada, filed 9/06/01, (Doc. #686) | 18 |
| JURY TRIAL as to Edward Estrada...continued to November, 2001 - jury not sworn, filed 9/11/01, (Doc. #687) | 19 |
| MOTION by Edward Estrada in Limine to preclude criminal record and/or prior bad acts, filed 9/11/01, (Doc. #691) | 20 |
| MEMORANDUM by Edward Estrada in support of [691-1] motion in Limine to preclude criminal record and/or prior bad acts, filed 9/11/01, (Doc. #692) | 21 |
| OBJECTION by Edward Estrada to [635-1] motion to Amend [473-1] indictment, filed 9/11/01, (Doc. #693) | 22 |
| MEMORANDUM by Edward Estrada in support of [693-1] objection, filed 9/11/01, (Doc. #694) | 23 |
| Ex Parte MOTION by Edward Estrada to serve deposition subpoena filed 9/20/01, (Doc. #701) | 24 |

```
                                                              DOCUMENT NO.

ENDORSEMENT denying [701-1] motion to serve
   deposition subpoena as to Edward Estrada
   (Signed by Judge Stefan R. Underhill),
   filed 9/28/01, (Doc. --)                                       --

Ex Parte MOTION by Edward Estrada to serve
   deposition subpoena filed 9/28/01, (Doc. #715)                 25

ENDORSEMENT denying [701-1] motion to serve
   deposition subpoena as to Edward Estrada
   (Signed by Judge Stefan R. Underhill),
   filed 10/03/01, (Doc. --)                                      --

Ex Parte MOTION by Edward Estrada to serve
   deposition subpoena filed 10/04/01, (Doc. #717)                26

SEALED RULING as to Edward Estrada denying [717-1]
   ex parte motion to serve deposition subpoena
   as to Edward Estrada (2), (Signed by Judge Stefan
   R. Underhill), filed 10/18/01, (Doc. #727)                     27

PROPOSED Jury Instructions by USA as to  Edward
    Estrada...filed 3/12/02, (Doc. #912)                          28

Defendant Edward Estrada's Supplemental Requests
   to Charge, filed 3/15/02, (Doc. #923)                          29

Second Supplemental PROPOSED jury instructions
   by Edward Estrada, filed 3/18/02, (Doc. #925)                  30

MOTION...by Edward Estrada..., for Judgment of
   Acquittal, filed 3/22/02, (Doc. --)                            --

MOTION by USA as to Edward Estrada to Dismiss
   Count 14 of the Third Superseding Indictment
   as to Edward Estrada, filed 3/25/02, (Doc. #935)               31
```

|  | DOCUMENT NO. |
|---|---|
| Minute entry: granting [935-1] motion to Dismiss Count 14 of the Third Superseding Indictment as to Edward Estrada, filed 3/25/02, (Doc. --) | -- |
| PROPOSED jury instructions by Edward Estrada, filed 3/27/02, (Doc. #940) | 32 |
| Jury Instructions as to Edward Estrada..., filed 4/02/02, (Doc. #945) | 33 |
| Marked government exhibit List as to Edward Estrada..., filed 4/02/02, (Doc. #946) | 34 |
| Marked government and defendants witness List as to Edward Estrada..., filed 4/02/02, (Doc. #947) | 35 |
| Marked defendants exhibit List as to Edward Estrada..., filed 4/02/02, (Doc. #948) | 36 |
| Marked Court Exhibit List, filed 4/02/02, (Doc. #949) | 37 |
| VERDICT Form as to Edward Estrada..., Verdict of GUILTY: Edward Estrada on Count 12, filed 4/02/02, (Doc. #954) | 38 |
| MOTION by Edward Estrada for Judgment of Acquittal as to Count 12 of the third Superseding Indictment, filed 3/27/02, (Doc. #957) | 39 |
| MEMORANDUM by Edward Estrada for Judgment of Acquittal as to Count 12 of the third Superseding Indictment, filed 3/27/02, (Doc. #958) | 40 |

|  | DOCUMENT NO. |
|---|---|
| MEMORANDUM by USA as to Edward Estrada in opposition to [957-1] motion for Judgment of Acquittal as to Count 12 of the third Superseding Indictment, filed 3/27/02, (Doc. #958) | 41 |
| MOTION by Edward Estrada for Enlargement of time to Postpone Sentencing, filed 3/27/02, (Doc. #977) | 42 |
| ENDORSEMENT granting [977-1] motion for Enlargement of time to Postpone Sentencing, reset Sentencing for 10:00 8/26/02 as to Edward Estrada filed 5/02/02 | -- |
| SENTENCING MEMORANDUM by USA as to...Edward Estrada et al., filed 7/08/02, (Doc. #1015) | 43 |
| OBJECTION by Edward Estrada to Presentence Investigation Report, filed 8/16/02, (Doc. #1052) | 44 |
| SENTENCING MEMORANDUM by Edward Estrada, filed 8/16/02, (Doc. #1052) | 45 |
| SENTENCING MEMORANDUM by USA as to Edward Estrada, filed 9/03/02, (Doc. #1077) | 46 |
| Sentencing held Edward Estrada (2), count 12, filed 9/09/02, (Doc. #1084) | 47 |
| Marked Court Exhibit List, filed 9/10/02, (Doc. #1088) | 48 |

|   | DOCUMENT NO. |
|---|---|
| JUDGMENT as to Edward Estrada (2) count 12. Defendant was found guilty of count 12 of the Third Superseding Indictment, after a plea of not guilty. Defendant shall be imprisoned for a term of Life Imprisonment. Defendant shall immediately pay in full a Special Assessment of $100.00 for count 12, filed 9/03/02, (Doc. #1077) | 49 |
| NOTICE OF APPEAL. Edward Estrada (2), count 12, Certified copy of Appeal and Docket mailed to USCA, filed 9/18/02, (Doc. #1102) | 50 |
| INDEX TO RECORD ON APPEAL as to Edward Estrada. entered 10/08/02 | 51 |
| MOTION by USA as to Edward Estrada to Dismiss Count 14 of the Third Superceding Indictment & all remaining counts, filed 7/25/03, (Doc. #1247) | 52 |
| ENDORSEMENT granting Motion to Dismiss Count 14 of the Third Superceding Indictment & all remaining counts, filed 7/29/03, (Doc. #1247-1) | 53 |
| DISMISSAL OF Counts Counts Dismissed Edward Estrada(2) counts 1s, 1, 2 filed 7/29/03 | |
| MANDATE of USCA - Notice of Appeal - Final Judgment - Order remanding case for further Proceedings in accordance with Crosby, Entered 8/10/05, (Doc. #1396) | 54 |
| MEMORANDUM in support of Re-sentencing Pursuant to Crosby Remand with attachments filed in paper form by Edward Estrada, Entered 9/15/05, (Doc. #1404) | 55 |

|  | DOCUMENT NO. |
|---|---|
| SENTENCING MEMORANDUM by USA as to Edward Estrada (Attachments: #1 Attachment) Entered 10/13/05, (Doc. #1413) | 56 |
| Memorandum of Law re: Crosby Remand as to Edward Estrada (Attachments: #1 Attachment). Entered 10/18/05, (Doc. #1415) | 57 |
| MOTION to Preclude Sentencing Memorandum and Submission of Information by Edward Estrada. (Attachments: #1 Memorandum in Support #2 Exhibit) Entered 10/18/05, (Doc. #1416) | 58 |
| INDEX TO RECORD ON APPEAL as to Edward Estrada re [1102] Notice of Appeal - Final Judgment, [1417] Transcript, 1422 Letter, 1413 Sentencing Memorandum, [1444] Sentencing Scheduling Order, 1438 Letter, 1415 Reply/Response Misc. 1416 MOTION to Preclude, [1408] Calendar Entry, Set/Reset Deadlines/Hearings, 1404 Sentencing Memorandum, 1396 USCA Mandate, [1455] Sentencing Scheduling Order, 1398 Order, Set Deadlines/Hearings... Entered 03/06/2006, (Doc. #1459) | 59 |
| Supplemental SENTENCING MEMORANDUM On Remand by Edward Estrada (Attachments: #1 Appendix A-G) Entered 05/11/06, (Doc. #1487) | 60 |
| SUPPLEMENTAL RE-SENTENCING MEMORANDUM by USA as to Edward Estrada. Entered 06/27/06, (Doc. #1501) | 61 |

DOCUMENT NO.

AMENDED JUDGMENT as to Edward Estrada (2), Counts 1, 14sss, 1s, 2, Dismissed on Motion of the United States of America.; Count(s) 12ss, Defendant was found guilty of count 12 of the Third Superseding Indictment, after a plea of not guilty. Defendant shall be imprisoned for a term of Life Imprisonment. Defendant shall be imprisoned for a term of Life Imprisonment. Defendant shall immediately pay in full a Special Assessment of $100 for count 12. JUDGMENT ON RESENTENCING: 420 Months Imprisonment; 10 years Supervised Release with Special Conditions. $100 Special Assessment previously paid. Entered 06/27/06, (Doc.#1502)  62

MOTION to Correct 1502 Amended Judgment by USA as to Edward Estrada. Entered: 07/11/2006 (Doc. #1508)  63

AMENDED JUDGMENT as to Edward Estrada (2), Counts 1, 14sss, 1s, 2, Dismissed on Motion of the United States of America.; Count(s) 12ss, Defendant was found guilty of count 12 of the Third Superseding Indictment, after a plea of not guilty. Defendant shall be imprisoned for a term of Life Imprisonment... Defendant shall immediately pay in full a Special Assessment of $100 for count 12. JUDGMENT ON RE-SENTENCING: 420 Months Imprisonment; 10 years Supervised Release with Special Conditions; $100 Special Assessment previously paid. AMENDED JUDGMENT ON RESENTENCING: 420 Months Imprisonment; 10 years Supervised Release with Special Conditions; $100 Special Assessment previously paid. Entered 07/17/2006, (Doc. #1519)  64


                                                              DOCUMENT NO.

### VOLUME III

Transcript of Jury Trial held March 6, 7, 2002,
   as to Edward Estrada, filed 3/11/02, (Doc. #911)         65

### VOLUME IV

Transcript of Jury Trial held March 14, 2002,
   as to Edward Estrada, filed 6/21/02, (Doc. #1008)        66

### VOLUME V

Transcript of Jury Trial held March 15, 2002,
   as to Edward Estrada, filed 6/21/02, (Doc. #1009)        67

### VOLUME VI

Transcript of Jury Trial held March 18, 2002,
   as to Edward Estrada, filed 6/27/02, (Doc. #1011)        68

### VOLUME VII

Transcript of Jury Trial held March 4, 2002,
   as to Edward Estrada, filed 7/01/02, (Doc. #1013)        69

### VOLUME VIII

Transcript of Jury Trial held March 5, 2002,
   as to Edward Estrada, filed 7/03/02, (Doc. #1014)        70

                                                          DOCUMENT NO.

                              **VOLUME IX**

Transcript of Jury Trial held March 8, 2002,
  as to Edward Estrada, filed 7/19/02, (Doc. #1024)         71


                              **VOLUME X**

Transcript of Jury Trial held March 12, 2002,
  as to Edward Estrada, filed 7/22/02, (Doc. #1028)         72


                              **VOLUME XI**

Transcript of Jury Trial held March 13, 2002,
  as to Edward Estrada, filed 7/24/02, (Doc. #1030)         73


                              **VOLUME XII**

Transcript of Jury Trial held March 20, 2002,
  as to Edward Estrada, filed 8/02/02, (Doc. #1039)         74


                              **VOLUME XIII**

Transcript of Jury Trial held March 21, 2002,
  as to Edward Estrada, filed 8/05/02, (Doc. #1041)         75

                              **VOLUME XIV**

Transcript of Jury Trial held March 22, 2002,
  as to Edward Estrada, entered 10/21/02, (Doc. #1136)      76

|  | DOCUMENT NO. |
|---|---|
| **VOLUME XV** | |
| Transcript of Jury Trial held March 25, 2002, as to Edward Estrada, (Entered 10/21/02, (Doc. #1135) | 77 |
| **VOLUME XVI** | |
| Transcript of Jury Trial held March 26, 2002, as to Edward Estrada, entered 11/21/02, (Doc. #1154) | 78 |
| **VOLUME XVII** | |
| Transcript of Jury Trial held March 27 2002, as to Edward Estrada, entered 11/2202, (Doc. #1155) | 79 |
| **VOLUME XVII** | |
| Transcript of Sentencing held September 9, 2002, as to Edward Estrada, entered 12/03/02, (Doc. #1163) | 80 |
| **VOLUME XIX** | |
| Transcript of Hearing as to Edward Estrada held on 10/14/2005 before Judge Underhill. (Entered 10/20/2005), (Doc. #1417) | 81 |
| **VOLUME XIX** | |
| Transcript of Hearing as to Edward Estrada held on 06/26/2006 before Judge Underhill. (Not yet received) | 82 |
| Clerk's Certificate | 83 |

C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:

AUSA Alina Reynolds
AUSA Alex V. Hernandez
915 Lafayette Boulevard
Bridgeport, CT  06604

Auden Grogins, Esq.
400 Stilson Road
Fairfield, CT 06824-3235

Laurie S. Hershey, Esq.
222 Park Avenue
Manhasset, NY 11030

Edward Estrada
Reg. No. 60392=014
USP-Lewisberg
P.O. Box 1000
Lewisberg, PA 17837

_____
MARGARET P. LEVY