SUPPLEMENTAL - **NOTICE OF APPEAL**
UNITED STATES DISTRICT COURT

District of CONNECTICUT

UNITED STATES OF AMERICA,

V.

EDWARD ESTRADA

Docket Number 3:00CR227(SRU)

STEFAN R. UNDERHILL
(District Court Judge)

Notice is hereby given that EDWARD ESTRADA appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [X]; order [ ]; other [ ]; Amended Judgment on Resentencing, filed 7/12/06
(specify)

entered in this action on JULY 11, 2006
(date)

Offense occurred after November 1, 1987    Yes [X]    No [ ]

The appeal concerns:   conviction only [ ];   sentence only [ ];   conviction and sentence [X].

Date: August 11, 2006

TO: AUSA Alina Reynolds
AUSA Alex V. Hernandez
915 Lafayette Boulevard
Bridgeport, CT 06604

MARGARET P. LEVY
(Counsel for Appellant)

Address: 21 Oak Street - Suite 201
Hartford, CT 06106

Telephone Number: 860-525-9119

ADD ADDITIONAL PAGE IF NECESSARY

(TO BE COMPLETED BY ATTORNEY)

TRANSCRIPT INFORMATION - FORM B

▶ **QUESTIONNAIRE**

[ ] I am ordering a transcript
[X] I am not ordering a transcript
Reason: Previously ordered
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[X] Other. Attach explanation

▶ **TRANSCRIPT ORDER**

Prepare transcript of
[ ] Pre-trial proceedings
[ ] Trial
[ ] Sentence
[ ] Post-trial proceedings

▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature: Margaret P. Levy
DATE: August 11, 2006

▶ **COURT REPORTER ACKNOWLEDGEMENT**

To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages. |
|---|---|---|
| | | |

Date ____   Signature ____
(Court Reporter)

COPY 1 - ORIGINAL