Connecticut (NH)
00-cr-227
Underhill

MANDATE

### UNITED STATES COURT OF APPEALS
### FOR THE SECOND CIRCUIT



UNITED STATES OF AMERICA                :          Docket Number: 06-3678-cr

v.                                      :

EDWARD ESTRADA                          :

## VOLUNTARY DISMISSAL AGREEMENT

The parties now seek dismissal *withdraw* of the above-captioned appeal by the Government. Pursuant

to Fed. R. App. P. 42(b), the Government and the defendant through the undersigned counsel hereby

stipulate and agree to dismissal of this appeal with prejudice, with each side to bear its own costs.

Nothing herein affects the separate appeal of defendant Edward Estrada, Docket No. 06-

1330-cr (L) (which has been consolidated with the appeals of two other defendants, Hector

Gonzalez, 06-2647-cr (CON), and Michael Hilliard, 06-3271-cr (CON)), which remains pending.

_11/2/06_
DATE

_10/23/06_
DATE

JAMES R. SMART
ASSISTANT U.S. ATTORNEY
COUNSEL TO APPELLANT U.S.A.

Margaret P. Ley
MARGARET P. LEVY, ESQ.
ATTORNEY FOR DEFENDANT
COUNSEL TO APPELLEE

So Ordered:

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by
Arthur M. Heller, Motions Staff Attorney

A TRUE COPY
Thomas W. Asreen, Acting Clerk
by
DEPUTY CLERK

CERTIFIED:  11/20/06